UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA KUBIAK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:15-CV-01126-LPL ) |
| CITIZENS BANK, N.A. D/B/A RBS CARD SERVICES, | ) ) ) ) |
| Defendant. | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Felicia Y. Yu* | */s/ Craig Thor Kimmel* |
| Felicia Y. Yu (admitted pro hace vice) | Craig Thor Kimmel |
| fyu@reedsmith.com | Kimmel & Silverman, P.C. |
| REED SMITH LLP | 30 E. Butler Avenue |
| 355 South Grand Avenue, Suite 2900 | Ambler, PA 19002 |
| Los Angeles, CA 90071 | Phone: (215) 540-8888 |
| Telephone: 213.457.8000 | Fax: (877)788-2864 |
| Facsimile: 213.457.8080 | Email: kimmel@creditlaw.com |
| | Attorney for the Plaintiff |
| Date: February 19, 2016 | |
| | Date: February 19, 2016 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 19th day of February 2016:

Felicia Y. Yu, Esq.
fyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877)788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff