UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA KUBIAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:15-CV-01126-LPL |
| | ) |
| CITIZENS BANK, N.A. D/B/A RBS CARD SERVICES, | ) |
| | ) |
| Defendant. | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/Felicia Y. Yu
Felicia Y. Yu (admitted pro hace vice)
fyu@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Date: February 19, 2016

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877)788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

Date: February 19, 2016

BY THE COURT:

_____
J.